UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES SLOOP** | * | **CIVIL ACTION NO.:** |
| | * | |
| | * | **JUDGE** |
| **VERSUS** | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | |
| **JAMES RIVER INSURANCE** | * | **JURY DEMAND** |
| **COMPANY, RASIER, LLC AND** | * | |
| **CLARENCE WINFREY** | * | |
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | | |

## NOTICE REMOVAL

PLEASE TAKE NOTICE, Defendant, Rasier, LLC ("Rasier") by and through undersigned counsel, hereby submits this Notice of Removal of the state court action referenced herein to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. § 1332, 1441, and 1446.  In support of its removal, Rasier respectfully avers as follows:

I.

On March 26, 2019, Plaintiff Charles Sloop ("Plaintiff"), filed a Petition for Damages entitled *"Charles Sloop versus James River Insurance Company, Rasier, LLC and Clarence Winfrey",* bearing suit number 2019-3233, in the Civil District Court for the Parish of Orleans, State of Louisiana (See Plaintiff's Petition for Damages, attached as Exhibit 1).

II.

Plaintiff has asserted personal injury claims arising out of an alleged motor vehicle accident that occurred on April 10, 2018 when Plaintiff was a passenger in a vehicle operated by Clarence Winfrey ("Winfrey"). (See Exhibit 1, Petition ¶ III).

III.

Rasier was served with the Petition for Damages on April 26, 2019. Attached hereto as Exhibit 2 is a copy of all process, pleadings, and orders served upon Rasier as required by 28 U.S.C. § 1446 (a).

IV.

James River Insurance Company ("James River") was served with the Petition for Damages on April 25, 2019. Undersigned counsel has conferred with counsel representing James River and has obtained written consent to the filing of this Notice of Removal. (See Consent to Removal, attached as Exhibit 3.)

V.

Winfrey has never been served with the Petition for Damages. Accordingly his consent to the filing of this Notice of Removal is not required.

VI.

Pursuant to 28 U.S.C. § 1332, this court has jurisdiction over this matter based upon complete diversity of citizenship among the Plaintiff and those Defendants who have been named and served.

VII.

Clarence Winfrey is a person of the full age of majority, who is alleged by Plaintiff to be domiciled in the State of Louisiana. Rasier, LLC is a foreign limited liability corporation organized under the laws of the State of California with its principal place of business in San Francisco, California. Defendant James River is incorporated in Ohio and maintains its principal place of business in Richmond, Virginia.

VIII.

Plaintiff alleged that he is domiciled in the state of North Carolina in the introductory paragraph of his Petition for Damages (See Exhibit 1, Petition for Damages).

IX.

The procedure for removal is governed, in part, by 28 U.S.C. §1441(b)(2), which provides that "a civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest *properly joined and served as defendants* is a citizen of the State in which such action is brought". While Winfrey has been named as a defendant in this action and is alleged to be domiciled in Louisiana at the time of the filing of this Notice of Removal, service has not been perfected on Winfrey. Under a plain reading of 1441(b)(2), Winfrey's alleged domicile does not prevent removal of this action to federal court based on diversity jurisdiction.[1] Further, any later service perfect on Winfrey would not affect a federal court's diversity jurisdiction over this matter.[2]

X.

On April 16, 2019, plaintiff forwarded a settlement demand package to Rasier's insurer (See, Demand Package attached as Exhibit 4).

XI.

As part of the demand package, Plaintiff's medical records were included and indicate an alleged lumbar spine disc injury at L3-4, L4-5, and L5-S1, warranting nearly one year of orthopedic treatment and physical therapy. Medical billing records from this treatment alone exceed $20,000. (See, Demand Package attached as Exhibit 3).

---

[1] *See, Leech v. 3M Company, et al.*, 278 F. Supp. 3d 933, 941 (E.D. La. 2017); See also, *Harvey v. Shelter Ins. Co.*, 2013 WL 1768658 (E.D. La. 4/24/13).
[2] *Harvey,* supra at *3.

XII.

Notwithstanding Plaintiff's medical expenses already incurred, general damage awards for non-operable lumbar vertebral disc injuries can be sufficient to satisfy the jurisdictional requirement for removal. See, *Huang v. Thornton Services*, 192 So. 3d (La. App. 4 Cir. 4/27/2016) ($200,000 in general damages to plaintiff who received conservative treatment for multi-level cervical disc injuries with no surgical recommendation); *Perez v. State*, 753 So. 2d 286 (La. App. 4 Cir. 7/21/1999) ($150,000 in general damages to plaintiff who suffered minimal bulging of lumbar and cervical discs).

XIII.

The United States Court for the Eastern District of Louisiana is the federal judicial district embracing the 24th Judicial District Court, Parish of Jefferson, State of Louisiana, where suit was originally filed. Venue is therefore proper in this district court pursuant to 28 U.S.C. § 1441(a).

XIV.

Since there is complete diversity of citizenship between Plaintiff and the Defendants *named and served* at the time of this removal, and because the amount in controversy exceeds $75,000, exclusive of interest and costs, this court has jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 and 1367, Accordingly, this action may be removed to this Honorable Court pursuant to 28 U.S.C. § 1441 and 1446.

XV.

Rasier has good and sufficient defenses to the Plaintiffs' claims for relief and dispute all rights to the relief prayed for in Plaintiffs' Petition for Damages.

WHEREFORE, Defendant, Rasier LLC, prays that the above-entitled cause on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana, be removed from that

Court to the docket of the United States District Court for the Eastern District of Louisiana and for trial by jury and other determinations as required by law.

>Respectfully submitted,
>
>*/s/ Travis B. Wilkinson*
>Paula M. Wellons, La. Bar No. 19028
>Travis B. Wilkinson, La. Bar No. 28806
>TAYLOR, WELLONS, POLITZ & DUHE, APLC
>1515 Poydras Street, Suite 1900
>New Orleans, Louisiana 70112
>Telephone: (504) 525-9888
>Facsimile: (504) 525-9899
>
>*Counsel for Rasier, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Removal* has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System. I further certify that I mailed the forgoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system on this 23rd day of May, 2019.

>*/s/ Travis B. Wilkinson*
>TAYLOR, WELLONS, POLITZ & DUHE, APLC